# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

MICHAEL BARRINGER

       Plaintiff

  v.

                                                                          Civil Action No. 4:22-cv-43

GE AVIATION SYSTEMS NORTH AMERICA LLC

       Defendant

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the plaintiff_____ recover from the defendant _____ the amount of _____ dollars $_____, which includes prejudgment interest at the rate of _____% plus post-Judgment interest at the rate of _____ % along with costs.

☐ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant_____ recover costs from the plaintiff _____.

☒ Other: Judgment ENTERED in favor of the defendant GE Aviation Systems North America LLC and against plaintiff Michael Barringer.

This action was (*check one*):

☐ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☒ decided by Judge Philip P Simon on Motion for Summary Judgment.

DATE: 9/24/2024                                   CHANDA J. BERTA, CLERK OF COURT

                                                                          by   s/A. Highlen_____
                                                                           *Signature of Clerk or Deputy Clerk*